Simon Franzini (Cal. Bar No. 287631)
simon@dovel.com
Jonas B. Jacobson (Cal. Bar No. 269912)
jonas@dovel.com
Grace Bennett (Cal. Bar No. 345948)
grace@dovel.com
DOVEL & LUNER, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, California 90401
Telephone: (310) 656-7066
Facsimile: +1 (310) 656-7069

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TREVOR GILILLAND, individually and on behalf of all others similarly situated, <br><br> *Plaintiff*, <br><br> v. <br><br> SAMSUNG ELECTRONICS AMERICA, INC., <br><br> *Defendant*. | Case No. <br><br> **CLRA VENUE DECLARATION** |

I, Trevor Gililland, declare as follows:

1. I am a named Plaintiff in this action.

2. On October 24, 2024, I purchased a 6.3 cu. ft. Smart Slide-in Induction Range with Smart Dial & Air Fry in Stainless Steel and a Bespoke 4-Door French Door Refrigerator (23 cu. ft.) with Beverage Center™ in Stainless Steel, from Defendant's website, www.samsung.com, while living in Los Angeles, California.

3. I understand that, because I purchased the products in Los Angeles, California, this is a proper place to bring my California Consumer Legal Remedies Act claim.

I declare under penalty of perjury, under the laws of the United States and the State of California, that the foregoing is true and correct to the best of my knowledge.

Signature: _____
Trevor Gililland

Dated: 10/14/2025

CLRA Venue Declaration             1                              Case No.