Grace Bennett (Cal. Bar No. 345948)
grace@dovel.com
DOVEL & LUNER, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, CA 90401
Tel: (310) 656-7066

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TREVOR GILILLAND, individually and on behalf of all others similarly situated, Plaintiff(s), v. SAMSUNG ELECTRONICS AMERICA, INC., Defendant(s). | CASE NUMBER 2:25-cv-09841-WLH-E<br>**NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c)** |

PLEASE TAKE NOTICE: (*Check one*)

☑ This action is dismissed by the Plaintiff(s) in its entirety.

☐ The Counterclaim brought by Claimant(s) __________ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) __________ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) __________ is dismissed by the Claimant(s) in its entirety.

☐ **ONLY** Defendant(s) __________

is/are dismissed from (*check one*) ☐ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by __________.

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

December 18, 2025
*Date*

/s/ Grace Bennett
*Signature of Attorney/Party*

***NOTE: F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.***

***F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.***